■ In the Matter of EMPIRE MUTUAL INSURANCE COMPANY, Appellant, v JOSEPHINE KAEFER, Respondent.—Order and judgment (one paper), Supreme Court, New York County (Wallace Cotton, J.), entered on November 14, 1986, unanimously affirmed for the reasons stated by Wallace Cotton, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Asch, Milonas, Kassal and Wallach, JJ.